

**Crivello, Nichols & Hall, S.C.**
710 N. Plankinton Avenue
Suite 500
Milwaukee, WI 53203
Direct: (414) 271-7722
www.CrivelloLaw.com

February 2, 2024

**<u>Via E-Filing</u>**
United States Court of Appeals for the Seventh Circuit
Everett McKinley Dirksen, United States Courthouse
219 S. Dearborn Street, Room 2722
Chicago, Illinois 60604

**RE:** *<u>Adams Outdoor Advertising Limited Partnership v. City of Middleton, et al.</u>*
 **Appeal No. 23-2332**

Dear Court of Appeals:

Pursuant to the Court's January 25, 2024, Order, (Dkt. No. 27), the Parties to the above-captioned matter submit this update on the status of their settlement agreement. Plaintiff and Defendants have exchanged copies of a proposed settlement agreement, provided feedback and proposed edits to that document, and anticipate that a finalized settlement document will be agreed upon in the next 5-7 days.

Due to the fact that the Defendants execution of the proposed agreement will require governmental approval, the Parties anticipate that an executed agreement will be finalized within the next 30-45 days. Both Plaintiff and Defendants anticipate and expect that the agreement between the parties will be finalized without issue.

Accordingly, the Parties request that this matter be stayed, and the oral argument currently scheduled for February 14, 2024 be vacated. Thank you for your consideration.

Sincerely,

*s/ Matthew J. Tobin*

MATTHEW J. TOBIN

MJT/km