# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**ORDER**

February 5, 2024
*By the Court:*

| No. 23-2332 | ADAMS OUTDOOR ADVERTISING LIMITED PARTNERSHIP, Plaintiff - Appellant v. CITY OF MIDDLETON, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:22-cv-00051-jdp Western District of Wisconsin District Judge James D. Peterson | |

The following is before the court:

1. **STATUS REPORT LETTER**, filed on January 23, 2024, by counsel for the appellant.

2. **STATUS REPORT**, filed on February 2, 2024, by counsel for the appellees.

This court is not prepared to vacate oral argument until it learns that a settlement has been reached and finalized, subject only to any necessary regulatory approval. The parties have until the close of business on February 9, 2024, to so inform the court. If the settlement is not finalized by that time, oral argument will proceed as scheduled on February 14, 2024.